PROB 12B
(7/93)

Report Date: September 29, 2009

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP    2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Cheryl Diane Holland           Case Number: 2:02CR00149-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 02/14/2003            Type of Supervision:   Supervised Release

Original Offense: Conspiracy to Possess Red       Date Supervision Commenced: 08/29/2009
Phosphorus

Original Sentence: Prison - 108 months;           Date Supervision Expires: 08/28/2012
TSR - 36 Months

---

## PETITIONING THE COURT

1   The defendant shall reside and participate in a residential community corrections center (RRC) for a period of up to 6 months; said placement shall commence as directed by the probation officer, pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of the confinement as determined by the Bureau of Prisons.

## CAUSE

The defendant is currently being supervised by the U.S. Probation Office in the Eastern District of California. A request has been submitted by her current supervising officer for the above modification of conditions of supervision with the defendant's consent, as evidenced by the attached signed waiver.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9-29-09

Richard Law
U.S. Probation Officer

Re:  Holland, Cheryl Diane
September 29, 2009
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

9/30/09
_____
Date